Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/22/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | BK Case No. 1:18-01283 |
| Stephen Ray Shoemake, ) | Chapter 13 |
| Diann Mitchell Shoemake, ) | Judge Randall S. Mashburn |
| XXX-XX-9265; XXX-XX-3845 ) | |

**AGREED ORDER WITHDRAWING MOTION TO DISMISS**

This matter is set to be heard before the Court on May 25, 2018 on the Motion to Dismiss filed by SN Servicing Corporation, as servicer for SRP 2012-4, LLC, and, as evidenced by signatures of respective counsel below, the parties agree to the withdrawal of the Motion to Dismiss.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

*/s/Keith D. Slocum*
Keith D. Slocum, BPR No. 0023024
Harlan, Slocum & Quillen
Attorney for the debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2018.05.18 14:17:00 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2018, a true and correct copy of the foregoing Agreed Order Withdrawing Motion to Dismiss, sent by U.S. mail, postage pre-paid to Stephen and Diann Shoemake, 1728 Auburn Lane, Columbia, TN 38401; electronically through the Court's CM/ECF system to Harlan & Slocum, 39 Public Square, Columbia, TN 38402; Henry Edward Hildebrand, III Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; United States Trustee, Office of the United States Trustee, 701 Broadway, Suite 318 Nashville, TN 37203; and, all parties consenting to such service in this adversary proceeding.

By: */s/Edward D. Russell*
    Edward D. Russell

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2

Case 1:18-bk-01283   Doc 63   Filed 05/23/18   Entered 05/23/18 09:39:01   Desc Main
Document      Page 2 of 2