Charles M. Walker
U.S. Bankruptcy Judge
Dated: 10/1/2018



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:

Stephen Ray Shoemake                                    BK:     18-01283-RM1-13

Diann Mitchell Shoemake      AKA Dianne Mitchell Cox;
AKA Dianne Mitchell McCarley; AKA Dianne Mitchell
Cole; AKA Dianne Mitchell; AKA Dianne Mitchell Odom
Debtors

## ORDER RESOLVING DEBTOR'S
## MOTION FOR DETERMINATION UNDER RULE 3002.1

This matter came to be heard by this Court on September 21, 2018 upon the Debtor's Motion

for Determination under Rule 3002.1. The Court found that the fees contained in the Notice of Post

Petition Fees (ECF No. 74) should be denied in part and allowed in part.

IT IS, THEREFORE, ORDERED:

1.      SN Servicing sought to collect $2,081.00 in its Notice of Post Petition Fees (ECF No.

        74) for attorney's fees.

2.      SN Servicing shall be permitted to collect $1,531.00 for attorney's fees incurred on

        March 14, 2018 and March 27, 2018 for attorney's fees.

3.      The attorney's fees in the amount of $550.00 for attorney's fees incurred on April 24,

        2018 for Bankruptcy/Proof of Claim fees are disallowed. SN Servicing is forever

        prohibited from collecting these fees from the Debtors.

**This order was signed electronically at the top of the page**.

APPROVED FOR ENTRY:

/s/ Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Harlan, Slocum & Quillen
Attorney for the Debtors
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.